Matter of Doe 1 v State Univ. of N.Y. at Buffalo (2024 NY Slip Op 00593)

Matter of Doe 1 v State Univ. of N.Y. at Buffalo

2024 NY Slip Op 00593

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024

PRESENT: WHALEN, P.J., MONTOUR, OGDEN, AND DELCONTE, JJ. (Filed Feb. 2, 2024.) 

MOTION NO. (592/23) TP 23-00496.

[*1]IN THE MATTER OF DOE 1, PETITIONER, 
v
STATE UNIVERSITY OF NEW YORK AT BUFFALO, RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.